

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-18-00584-CV

Style: Westlake Chemical and Westlake Vinyls Company, L.P. f/k/a

Geismar Vinyls Co., L.P. v. STIS, Inc. d/b/a Southwest Texas

Industrial Services, Inc.v. SP Jefferson Lakes I, LP

Date motion filed*: November 5, 2018

Type of motion: Fourth Motion for Extension of Time to File Reporter's Record

Party filing motion: Court Reporter Sheila R. Skidmore

Document to be filed: Reporter's Record

Is appeal accelerated? No.

If motion to extend time:

    Original due date: August 6, 2018

    Number of extensions granted: 3     Current Due Date: November 5, 2018

    Date Requested: December 3, 2018 (119 days from original deadline)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: December 3, 2018.

        ☑ **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    The Clerk of this Court's October 5, 2018 notice granted the reporter's third extension

    request to file the reporter's record by November 5, 2018, with no further extensions.

    However, because the reporter's fourth extension states that she has been busy with a

    family medical issue, this extension is **granted**, but the reporter is warned that **no**

    **further extensions will be granted.** *See* TEX. R. APP. P. 10.5(b)(1)(C), 35.3(c).

    Accordingly, if the reporter's record is not filed by **December 3, 2018**, the Court may

    abate this case for a show-cause hearing. *See id.* 35.3(c), 37.3(a)(1).

Judge's signature: ___/s/ Laura C. Higley_____

               x Acting individually     ☐ Acting for the Court

Date: __November 8, 2018_____